# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAMES B. GEITZ, | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:15CV269 JAR |
| CHRIS KOSTER, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiffs' motion for default judgment under Rule 55 of the Federal Rules of Civil Procedure. For the following reasons the motion is denied.

On March 4, 2015, the Court determined that process should be issued on the complaint, and the Court directed the Clerk to effectuate the process. In accordance with the Court's agreement with the Office of the Missouri Attorney General, the Clerk issued a letter requesting waiver of service of process. If counsel waives service for defendants, then it has sixty (60) days from the date the letter was sent to file responsive pleadings. Fed. R. Civ. P. 12(a)(1)(A)(ii). Therefore, plaintiffs' request is premature.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment [ECF No. 8] is **DENIED.**

Dated this 7th day of April, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE